UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD A. MORGAN, | ) |
| Petitioner, | ) |
| v. | ) No. 4:16-CV-1459 RLW |
| LAURENT JAVOIS, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for leave to proceed in forma pauperis. The motion is granted.

Petitioner has submitted an incomplete petition for writ of habeas corpus. He has not stated the procedural history of the case or what his grounds are for relief. So, the Court will send him a § 2254 form. Petitioner must fill out the form in its entirety and return it to the Court no later than October 17, 2016.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send petitioner a § 2254 form.

**IT IS FURTHER ORDERED** that must fill out the form in its entirety and return it to the Court no later than **October 17, 2016**.

**IT IS FURTHER ORDERED** that if petitioner does not comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 26th day of September, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE